# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01139 – WJM-KMT

BARBARA JEANNE SOLZE,

      Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

      Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Barbara Jeanne Solze and Defendant United of Omaha Life Insurance Company ("United"), through their counsel, hereby notify the Court that all claims in this matter have been resolved between the parties. Counsel respectfully request that they be allowed twenty one (21) days, through and including March 3, 2022, to submit a Stipulation for Dismissal.

Dated: February 10, 2022

Respectfully submitted,

| | |
|---|---|
| *s/ Michael Krieger* | *s/ Michael S. Beaver* |
| Michael Krieger | Michael S. Beaver |
| Noel & Krieger | HOLLAND & HART LLP |
| 165 South Union Blvd, Ste 310 | 555 17th Street, Suite 3200 |
| Lakewood CO 80228 | Denver, CO 80202-3921 |
| Telephone: 303-781-5559 | Telephone: 303.295.8000 |
| Mike@Krieger.law | Facsimile: 303.295.8261 |
| | mbeaver@hollandhart.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | United of Omaha Life Insurance Company |