# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01139 – WJM-KMT

BARBARA JEANNE SOLZE,

      Plaintiff,

  v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

      Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Barbara Jeanne Solze and Defendant United of Omaha Life Insurance Company, by and through their respective counsel, hereby stipulate to the dismissal of the above-entitled action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  March 1, 2022.

| | |
|---|---|
| *s/ Michael S. Krieger* | *s/ Michael S. Beaver* |
| Michael S. Krieger | Michael S. Beaver |
| NOEL & KRIEGER | HOLLAND & HART LLP |
| 165 South Union Boulevard, Suite 310 | 555 17th Street, Suite 3200 |
| Lakewood, CO 80228-2221 | Denver, CO 80202-3921 |
| Telephone: 303-781-5559 | Telephone: 303.295.8000 |
| Facsimile: 303-781-1349 | Facsimile: 303.295.8261 |
| Mike@Krieger.Law | mbeaver@hollandhart.com |
| Attorney for Barbara Jean Solze | Attorney for United of Omaha Life Insurance Company |